AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

JEFFREY FINK

V.

SUN LIFE INS. &
ANNUITY CO. OF NEW
YORK, et. al.

**SUMMONS IN A CIVIL ACTION**

## 05 - 10001 RWZ

CASE NUMBER:

TO: (Name and address of Defendant)

SUN LIFE ASSURANCE CO. OF AMERICA
ONE SUN LIFE EXECUTIVE PARK
WELLESLEY HILLS, MA
02481

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MALA M. RAFIK
ROSENFELD & RAFIK, PC.
44 SCHOOL ST., STE 410
BOSTON, MA
02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

(ON) ANASTAS

CLERK

(By) DEPUTY CLERK

1/03/05

DATE



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

**March 21, 2005**

I hereby certify and return that on 3/2/2005 at 8:30AM I served two copies copy of the within Summons, Complaint and Cover Sheet in this action together with $6.00 in fees, upon the within named Sun Life Insurance Co. of America in the following manner (See Mass. R. Civ.P.4(d)): by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $47.00

Deputy Sheriff, George Slyva

_____
                                                          *Deputy Sheriff*

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                          Date                    *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.