# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

JEFFREY FINK,

     Plaintiff

     V.

SUN LIFE INSURANCE AND ANNUITY
COMPANY OF NEW YORK, SUN LIFE
ASSURANCE COMPANY OF AMERICA,
AND PROSKAUER ROSE LLP LONG
TERM DISABILITY PLAN,

     Defendants

CIVIL ACTION NO. 05-10001-RWZ

## ASSENTED-TO MOTION FOR ADDITIONAL TIME TO SERVE DEFENDANT PROSKAUER ROSE LLP LONG TERM DISABILITY PLAN

Pursuant to Fed.R.Civ.P. 4(m), the Plaintiff, Jeffrey Fink, hereby files this

Assented-to Motion for Additional Time to Serve Defendant Proskauer Rose LLP Long

Term Disability Plan ("Plan"). The Plaintiff is requesting an additional three days, or

until May 6, 2005, to serve his Complaint on the Plan. As grounds for this Motion, the

Plaintiff states:

    1)    The Plaintiff's period of time to serve the Plan expires on May 3, 2005;

    2)    The Plaintiff's Complaint and Amended Complaint are in the process of

           being served on the Plan, which is located in the State of New York, by

           Attorney Service Company of New York ;

    3)    Attorney Service Company of New York has indicated that the Complaint

           and Amended Complaint will be served on or by April 29, 2005, within

           the time frame mandated by Fed.R.Civ.P. 4(m). However, in an

abundance of caution, the Plaintiff is requesting an additional three days,

or until May 8, 2005, to ensure that service is properly effectuated by

Attorney Service Company of New York; and

4)    The Defendants, Sun Life Insurance and Annuity Company of New York

and Sun Life Assurance Company of New York assent to this motion.

WHEREFORE, the Plaintiff respectfully requests that this motion be granted.

Date:   April 29, 2005                                 Plaintiff,


JEFFREY FINK,

By his attorney,


 /s/  Mala M. Rafik
Mala M. Rafik
BBO No. 638075
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA  02108
(617) 723-7470

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Defendants' counsel by electronic mail this 29th day of April, 2005.


 /s/ Mala M. Rafik
Mala M. Rafik

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing document was served by first class mail, postage prepaid, upon counsel of record on April 13th, 2005.

<u>/s/ Mala M. Rafik</u>
Mala M. Rafik
BBO No. 638075