FORM C9B
1XXRRA667600 - ROENFELD & RAFIK

UNITED STATES DISTRICT COURT - MASSACHUSETT COUNTY

```
------------------------------------
JEFFREY FINK,                               Index No: 05-10001RWZ
                                            Date Filed:    /   /
            PLAINTIFF                       Office No:
      - vs. -                               Court Date:

SUN LIFE INSURANCE AND ANNUITY COMPANY
OF NEW YORK
ET AL,

            DEFENDANT
------------------------------------
```

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**RAUL VALENTIN** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **04/28/2005** at **2:30PM** at **1585 BROADWAY , NEW YORK, NY 10036**, I served a true copy of the **COMPLAINT, FIRST AMENDED COMPLAINT, MOTION TO AMEND COMPLAINT AND SUMMONS** upon **PROSKAUER ROSE LLP** the **DEFENDANT** therein named by delivering to, and leaving personally with **KEN BIGLIANI, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **MALE** | COLOR: **WHITE** | HAIR: **BLACK** |
| APP. AGE: **60** | APP. HT: **5'10** | APP. WT: **200** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on 05/02/2005.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4661012
Qualified in BRONX
Commission Expires 12/31/2006

RAUL VALENTIN - 1186289
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
MP