UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY FINK,<br>        Plaintiff<br><br>V.<br><br>SUN LIFE INSURANCE AND ANNUITY<br>COMPANY OF NEW YORK, SUN LIFE<br>ASSURANCE COMPANY OF AMERICA,<br>AND PROSKAUER ROSE LLP LONG<br>TERM DISABILITY PLAN,<br>        Defendants | CIVIL ACTION NO. 05-10001-RWZ |

**NOTICE OF APPEARANCE**

Please note the appearance of Kristina H. Allaire on behalf of the defendants, Sun Life

Insurance and Annuity Company of New York and Sun Life Assurance Company of Canada

(improperly named as Sun Life Assurance Company of America), in the above-entitled case.

{H:\PA\Lit\15928\55018\A0792127.DOC}

SUN LIFE INSURANCE AND ANNUITY
COMPANY OF NEW YORK, SUN LIFE
ASSURANCE COMPANY OF CANADA

By their attorney,


/s/ Kristina H. Allaire
_____
Joan O. Vorster, Esq., BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: May 9, 2005

## CERTIFICATE OF SERVICE

        I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing
document, by mailing a copy, first class mail, postage prepaid, to Mala M. Rafik, Rosenfeld &
Rafik, P.C., 44 School St., Suit 410, Boston, MA 02108, and Myron D. Rumeld, Esq., Proskauer
Rose LLP, 1585 Broadway, New York, NY  10036.


/s/ Kristina H. Allaire
_____
Joan O. Vorster, Esq.

Dated: May 9, 2005