UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY 25 P 2: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

JEFFREY FINK,

    Plaintiff

V.

SUN LIFE INSURANCE AND ANNUITY COMPANY OF NEW YORK, SUN LIFE ASSURANCE COMPANY OF AMERICA, AND PROSKAUER ROSE LLP LONG TERM DISABILITY PLAN,

    Defendants

CIVIL ACTION NO. 05-10001-RWZ

**PLAINTIFF JEFFREY FINK'S
LR, D. Mass. 16.1(D)(3) CERTIFICATION**

In accordance with the provisions of LR, D. Mass. 16.1(D)(3), I, Jeffrey Fink, the Plaintiff in this action and Mala M. Rafik, counsel for the Plaintiff, hereby certify that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses ---- of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

Dated: May 17, 2005

/s/ Mala Rafik
Mala M. Rafik
BBO No. 638075
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

_Jeffrey Fink_
Jeffrey Fink