UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY FINK,<br>    Plaintiff<br><br>V.<br><br>SUN LIFE INSURANCE AND ANNUITY COMPANY OF NEW YORK, SUN LIFE ASSURANCE COMPANY OF AMERICA, AND PROSKAUER ROSE LLP LONG TERM DISABILITY PLAN,<br>    Defendants | CIVIL ACTION NO. 05-10001-RWZ |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Joan O. Vorster, attorney for defendant, Sun Life Insurance and Annuity Company of New York and Sun Life Assurance Company of Canada (improperly named as Sun Life Assurance Company of America), and Jay P. Symonds, their authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

_____  _____
Joan O. Vorster, BBO #550375            Jay P. Symonds, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP   One Sun Life Executive Park, SC1335
100 Front Street                        Wellesley Hills, MA 02481
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:     (508) 791-8502

Dated: 06-09-05

{H:\PA\Lit\15928\55018\A0800732.DOC}

## CERTIFICATE OF SERVICE

    I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Mala M. Rafik, Rosenfeld & Rafik, P.C., 44 School St., Suit 410, Boston, MA 02108, and Myron D. Rumeld, Esq., Proskauer Rose LLP, 1585 Broadway, New York, NY 10036.

_____
Joan O. Vorster, Esq.

Dated: 06.09.05