UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY FINK,<br>      Plaintiff<br><br>V.<br><br>SUN LIFE INSURANCE AND ANNUITY COMPANY OF NEW YORK, SUN LIFE ASSURANCE COMPANY OF AMERICA, AND PROSKAUER ROSE LLP LONG TERM DISABILITY PLAN,<br>      Defendants | CIVIL ACTION NO. 05-10001-RWZ |

**CORPORATE DISCLOSURE STATEMENT**

The defendants, Sun Life Insurance and Annuity Company of New York and Sun Life Assurance Company of Canada (improperly named as Sun Life Assurance Company of America) pursuant to Local Rule 7.3, states that Sun Life Insurance and Annuity Company of New York is an indirect wholly owned subsidiary of a publicly held company, Sun Life Financial Inc. and Sun Life Assurance Company of Canada (improperly named as Sun Life Assurance Company of America) is a direct wholly owned subsidiary of a publicly held company, Sun Life Financial Inc.

{H:\PA\Lit\15928\55018\A0800989.DOC}

                              SUN LIFE INSURANCE AND ANNUITY
                              COMPANY OF NEW YORK, SUN LIFE
                              ASSURANCE COMPANY OF AMERICA

                              By their attorney,


                              /s/ Joan O. Vorster
                              Joan O. Vorster, Esq.
                              BBO #550375
                              Mirick, O'Connell, DeMallie & Lougee, LLP
                              100 Front Street
                              Worcester, MA 01608-1477
                              Phone: (508) 791-8500
                              Fax:    (508) 791-8502

Dated: June 9, 2005

## CERTIFICATE OF SERVICE

    I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Mala M. Rafik, Rosenfeld & Rafik, P.C., 44 School St., Suit 410, Boston, MA 02108, and Myron D. Rumeld, Esq., Proskauer Rose LLP, 1585 Broadway, New York, NY 10036.


                              /s/ Joan O. Vorster
                              Joan O. Vorster, Esq.

Dated: June 9, 2005