UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY FINK,<br><br>    Plaintiff<br><br>V.<br><br>SUN LIFE INSURANCE AND ANNUITY COMPANY OF NEW YORK, SUN LIFE ASSURANCE COMPANY OF AMERICA, AND PROSKAUER ROSE LLP LONG TERM DISABILITY PLAN,<br><br>    Defendants | CIVIL ACTION NO. 05-10001-RWZ |

**MOTION TO DISMISS DEFENDANT**
**PROSAUKER ROSE LLP LONG TERM DISABILITY PLAN AS A PARTY**

    Pursuant to Fed. R. Civ. P. 21, the parties move to dismiss, without prejudice, the Proskauer Rose LLP Long Term Disability Plan ("Plan") as a Defendant in the above-referenced matter. As grounds for this Motion, the parties state that the Plan is not a proper party to this action.

    WHEREFORE, the parties request that this motion be granted.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| The Plaintiff, | The Defendants, |
| | |
| Jeffrey Fink | Sun Life Insurance and Annuity Company of New York, Sun Life Assurance Company of America, |
| | |
| By: | By: |

| | |
|---|---|
| /s/ Mala M. Rafik | /s/ Joan Vorster (MMR) |
| Mala M. Rafik | Joan Vorster, Esq. |
| BBO No. 638075 | BBO No. 550375 |
| S. Stephen Rosenfeld | Kristina Allaire |
| Rosenfeld & Rafik, P.C. | BBO No. 646001 |
| BBO No. 428940 | Mirick, O'Connell, DeMallie & |
| Rosenfeld & Rafik, P.C. | Lougee, LLP |
| 44 School Street, Suite 410 | 100 Front Street |
| Boston, MA  02108 | Worcester, MA  01608-1477 |
| (617) 723-7470 | (413) 791-8500 |

Date:  June 15, 2005