UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY FINK,<br>      Plaintiff<br><br>V.<br><br>SUN LIFE INSURANCE AND ANNUITY COMPANY OF NEW YORK, AND SUN LIFE ASSURANCE COMPANY OF AMERICA,<br>      Defendants | CIVIL ACTION NO. 05-10001-RWZ |

## JOINT STATUS MEMORANDUM

Pursuant to the Scheduling Order for this case, the Court has asked the parties to provide a status memorandum by July 29, 2005. The parties state as follows:

1.     A full-day mediation is scheduled with Brad Honoroff of The Mediation Group on August 10, 2005.

2.     The parties are on schedule with respect to the deadlines set forth in the Court's Scheduling Order.

{H:\PA\Lit\15928\55018\A0822779.DOC}

| | |
|---|---|
| JEFFREY N. FINK | SUN LIFE INSURANCE AND ANNUITY COMPANY OF NEW YORK, SUN LIFE ASSURANCE COMPANY OF AMERICA |
| By his attorneys, | By their attorney, |
| ___/s/ Mala M. Rafik  (JOV)_____<br>Mala M. Rafik, Esq.<br>BBO No. 638075<br>S. Stephen Rosenfeld, Esq.<br>BBO No. 428940<br>Rosenfeld & Rafik, P.C<br>44 School Street, Suite 410<br>Boston, MA  02108<br>(617) 723-7470 | /s/ Joan O. Vorster_____<br>Joan O. Vorster, Esq.<br>BBO #550375<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 |

Dated: July 28, 2005