UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY FINK,<br>    Plaintiff<br><br>V.<br><br>SUN LIFE INSURANCE AND ANNUITY COMPANY OF NEW YORK, AND SUN LIFE ASSURANCE COMPANY OF AMERICA,<br>    Defendants | CIVIL ACTION NO. 05-10001-RWZ |

## STIPULATION OF DISMISSAL

The parties to this action, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that this action, including all claims and counterclaims, be dismissed, with prejudice, without costs, and all parties waiving rights of appeal.

| JEFFREY N. FINK | SUN LIFE INSURANCE AND ANNUITY COMPANY OF NEW YORK, SUN LIFE ASSURANCE COMPANY OF AMERICA |
|---|---|
| By his attorneys, | By their attorney, |
| ___/s/ Mala M. Rafik  (KHA)_____<br>Mala M. Rafik, Esq.<br>BBO No. 638075<br>S. Stephen Rosenfeld, Esq.<br>BBO No. 428940<br>Rosenfeld & Rafik, P.C<br>44 School Street, Suite 410<br>Boston, MA  02108<br>(617) 723-7470 | /s/ Kristina H. Allaire<br>Joan O. Vorster, Esq., BBO #550375<br>Kristina H. Allaire, Esq., BBO #646001<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 |

Dated: September 14, 2005

## CERTIFICATE OF SERVICE

     I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by electronic mail, to Mala M. Rafik, Rosenfeld & Rafik, P.C., 44 School St., Suite 410, Boston, MA 02108.

                                          /s/ Kristina H. Allaire  
                                          Kristina H. Allaire, Esq.

Dated: September 14, 2005